UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARDS TYRONE MALONE,<br><br>    Petitioner,<br><br>v.<br><br>NEIL MCDOWELL,<br><br>    Respondent. | Case No. 18-cv-04056-SI<br><br>**ORDER OF DISMISSAL** |

Petitioner, currently incarcerated at Ironwood State Prison in Blythe, California, filed a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 to challenge his 1990 conviction in Contra Costa County Superior Court for attempted murder with use of a firearm and infliction of great bodily injury. The petition is not his first federal habeas petition concerning that conviction. His first federal habeas petition, *Malone v. Prunty*, No. 95-cv-4100 SI, was dismissed on the merits on August 21,1999. No appeal was taken.

A second or successive petition may not be filed in this court unless the petitioner first obtains from the United States Court of Appeals for the Ninth Circuit an order authorizing this court to consider the petition. 28 U.S.C. § 2244(b)(3)(A).

Petitioner has not obtained an order from the Ninth Circuit permitting the filing of a second or successive petition, and this court cannot entertain a new petition from petitioner until he first obtains permission from the Ninth Circuit to file such a petition. Accordingly, this action is DISMISSED without prejudice to petitioner filing a petition in this court after he obtains the necessary order from the Ninth Circuit.

If petitioner wants to attempt to obtain the necessary order from the Ninth Circuit to file a second or successive petition to challenge his conviction and sentence, he should file an

1  "Application For Leave To File Second Or Successive Petition" in the Ninth Circuit (at 95
2  Seventh Street, San Francisco, CA 94103). A copy of the form application is enclosed with this
3  order for his convenience.
4  The clerk shall close the file.
5  **IT IS SO ORDERED**.
6  Dated:

_____
SUSAN ILLSTON
United States District Judge