UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARDS TYRONE MALONE, <br> Petitioner, <br> v. <br> NEIL MCDOWELL, <br> Respondent. | Case No. 18-cv-04056-SI <br><br> **JUDGMENT** |

This action is dismissed without prejudice to petitioner filing a new action for writ of habeas corpus if he ever obtains permission to do so from the United States Court of Appeals for the Ninth Circuit.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: September 11, 2018

_____
SUSAN ILLSTON
United States District Judge